UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KIRKPATRICK,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE PEOPLE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 08-5338-JSL (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing this action without prejudice.

DATED:   Dec. 22, 2008

　　　　　　　　　　　　　　　　　　　　　／s／ Spencer Letts
　　　　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　　　SENIOR   UNITED STATES DISTRICT JUDGE