# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KIRKPATRICK, ) | Case No. CV 08-5338-JSL (JTL) |
| Plaintiff, ) | **J U D G M E N T** |
| v. ) | |
| THE PEOPLE OF CALIFORNIA, ) | |
| Defendant. ) | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: _____

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE